# EXHIBIT B

## ORDER APPROVING DISCLOSURE STATEMENT

**(To Be Filed)**

01:13502239.9