# EXHIBIT D

## CORPORATE ORGANIZATION CHART

01:13502239.9



AS OF JUNE 30, 2012